**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DEVERICK SCOTT, ADC # 131042                                                      PLAINTIFF

v.                                         5:16CV00327-JLH-JJV

DANNY BURL, Warden, Tucker
Max Unit; *et al.*                                                                DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Clerk shall amend the docket to add Johnson as a Defendant, pursuant to Plaintiff's Amended Complaint. (Doc. No. 7 at 19.)

2.      The Clerk shall amend the docket to correct the spelling of Wendy Kelley.

3.      The Clerk shall amend the docket to identify Defendant Stephens as Mark Stephens, pursuant to Plaintiff's Amended Complaint. (*Id*. at 4.)

4.      Plaintiff be allowed to proceed on his first claim involving punitive segregation policies against Defendants Hobbs, Harris, Kelley, Reed, Watson, Jackson, Bundick, Bolden, Johnson, Stephens, Pruitt, Brown, and Washington.

5.      All other claims and Defendants Burl, Weekly, Strout, Cornelius Christopher, Clark, Harrison, Cockran, Angela Kennedy, Eddie Thompson, H. Neal, C. Neese, John Herringthon, Richardson, Piggie-Gordon, Evans, and ADC be DISMISSED without prejudice.

6.      The Clerk shall amend the docket to identify Defendant Burl as Danny Burl and Defendant Piggie-Gordan as Felicia Piggie-Gordon, pursuant to Plaintiff's Amended Complaint. (*Id.* at 3-4.)

7.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 23rd day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE